

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00202-CV

| | | |
|---|---|---|
| IN RE TREATMENT EQUIPMENT COMPANY, JANICE V. SMITH, AND BRUCE S. SMITH | § | Original Proceeding |
| | § | From the Probate Court |
| | § | of Denton County (PR-2014-00697-01) |
| | § | July 23, 2019 |
| | § | Opinion by Justice Womack |

## JUDGMENT

This court conditionally grants, in part, the relief requested in relators Treatment Equipment Company, Janice V. Smith, and Bruce S. Smith's petition for writ of mandamus. We order the trial court to vacate the parts of its June 3, 2019 order (1) ordering relators to respond to the improper requests for production listed and referred to in the order and (2) overruling relators' objections to requests for production 18 through 22.

We order real party in interest Phillip E. Romero, as Independent Executor of the Estate of Michael Kilborn, to pay the costs of this original proceeding.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack